Michael P. Akana
Law Offices of Michael Akana
225 W. Winton Ave, Suite 111
Hayward, CA 94544
Telephone: (510)782-1100
Facsimile: (510)782-1103

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| In re:<br>Tino Hernandez<br>Susan M. Hernandez<br><br>Debtor(s) | Case No.: 10-72814<br>**Chapter 13**<br><br>**NOTICE OF AMENDED CHAPTER 13 PLAN AND OPPORTUNITY TO OBJECT** |

On January 23, 2011 the debtors **Tino Hernandez and Susan Hernandez** filed an amended Chapter 13 Plan with the court. Any objections to this plan or a request for hearing on the matter must be filed and served upon the undersigned within twenty-eight (28) days of mailing of this Notice.

Dated: January 25, 2011

                        Sincerely,

                        /s/ Michael P. Akana

                        Michael P. Akana